IN THE MATTER OF THE PETITION OF JOHN HONE TO VACATE AN ASSESSMENT.

(Argued November 13, 1877 ; decided November 20, 1877.)

*Samuel Hand*, for appellant.

*D. J. Dean*, for respondent.

Agree to affirm order. No opinion.
All concur.
·Order affirmed,